AUSA: Rawsthorne Telephone: (810) 766-5177
AO 91 (Rev. 11/11) Criminal Complaint   Inspector: Wilson Telephone: (989) 284-3374

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

United States of America
v.
Chad Austen Prater

Case: 4:20-mj-30033
Judge: Hluchaniuk, Michael J.
Filed: 01-23-2020
CMP USA v. Chad Austen Prater (dw)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __January 21, 2020__ in the county of __Genesee__ in the __Eastern__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 841(a) | Attempt to possess with intent to distribute 500 grams or more of methamphetamine |
| 21 U.S.C. § 846 | Conspiracy to possess with intent to distribute and distribute 500 grams or more of methamphetamine. |

This criminal complaint is based on these facts:

The defendant, Chad Austen Prater, knowingly violated Title 21, United States Code, Sections 841(a), 841(b)(1)(A)(viii), and 846, attempt to possess with intent to distribute 500 grams or more of methamphetamine, as well as conspiracy to possess with intent to distribute and distribute 500 grams or more of methamphetamine.

☑ Continued on the attached sheet.

_____
Complainant's signature

Stefon Wilson, United States Postal Inspector
Printed name and title

Sworn to before me and signed in my presence.

_____
Judge's signature

Date: January 23, 2020

City and state: Flint, MI

Hon. Michael Hluchaniuk, U.S. Magistrate Judge
Printed name and title

## **AFFIDAVIT**

I, Stefon Wilson, being duly sworn on oath, state as follows:

1. I am a United States Postal Inspector assigned to the Allen Park Domicile of the Detroit Division of the U.S. Postal Inspection Service (USPIS). I am sworn and empowered to investigate criminal activity involving or relating to the U.S. Postal Service. I am assigned to investigate the unlawful transportation of contraband, including Title 21 controlled substances, through the United States Mail. I have been a postal Inspector since June 2017. I attended the United States Postal Inspection Service Basic Training Academy where I have received training in the detection and investigation of prohibited mailing offenses. As part of my duties, I investigate incidents wherein the United States mail system is used for the purpose of transporting non-mailable matter, including controlled substances such as marijuana, cocaine, methamphetamine and heroin, in violation of Title 21, United States Code, Sections 841(a)(1), 846, 843(b), and substances mailed in violation of Title 18, United States Code, Section 1716.

2. This Affidavit is made in support of an application for a criminal complaint and warrant to arrest Chad Austen PRATER Date of Birth: \*\*/\*\*/1969, for evidence of violations of Title 21, United States Code, Sections 841(a), 841(b)(1)(A)(viii) attempt to possess with intent to

1

distribute 500 grams or more of a substance containing methamphetamine, and conspiracy to possess with intent to distribute and distribute 500 grams or more of a substance containing methamphetamine. Because this Affidavit is being submitted for the limited purpose of securing a criminal complaint and arrest warrant, I have not included each and every fact known to me concerning this investigation. I have set forth only those facts that I believe are necessary to establish probable cause to believe that Chad Austen PRATER has violated Title 21, United States Code, Sections 846, 841(a), and 841(b)(1)(A)(viii).

3. On January 15, 2020, Detroit Division Postal Inspectors intercepted three parcels at a Postal facility in the Eastern District of Michigan. I observed the parcels bearing the following: A USPS parcel affixed with USPS Priority Mail Tracking Number 9510 8132 9732 0013 2650 63 (Subject Parcel 1), addressed to "Eric Chart, ******, Flint, MI 48503," with a return address of "C. Falls, 3818 Long Beach, L.B. Ca, 90807." The second parcel is affixed with USPS Priority Mail Tracking Number 9510 8132 9732 0013 2650 70 (Subject Parcel 2), addressed to "Eric Chart, **********, Flint, MI 48503," with a return address of "C Falls, 3818 Long Beach Blvd, L.B. Ca 90807." The third parcel is affixed with USPS Priority Mail Tracking Number 9510 8132 9732 0013 2650 56 (Subject Parcel 3),

2

addressed to "Eric Chart, **********, Flint, MI 48503," with a return address of "C Falls, 3818 Long Beach, L.B. Ca 90807." (collectively, the "Subject Parcels"). All three Subject Parcels bear $17.40 in postage and fees.

4. I conducted further investigation of the Subject Parcels, to include address queries and a positive alert from a controlled substance detecting K-9. Based on this information, I applied for a federal search warrant for the Subject Parcels. I did conduct a search of the Subject Parcels along with Postal Inspector Michael Van De Putte and found the Subject Parcels contained the following: Subject Parcel 1 contained one bundle of a clear crystal-like substance, weighing approximately 530 grams which field tested positive for Methamphetamine. Subject Parcel 2 contained one bundle of a clear crystal-like substance, weighing approximately 530 grams which field tested positive for Methamphetamine. Subject Parcel 3 contained one bundle of a clear crystal-like substance, weighing approximately 460 grams which field tested positive for Methamphetamine.

5. On January 17, 2020, an undercover U.S. Postal Inspector, posing as a U.S. Postal Service Mail Carrier, delivered the Subject Parcels to the destination address in Flint, Michigan. The packages contained non-controlled substances meant to resemble Methamphetamine.

3

6. The undercover U.S. Postal Inspector knocked on the door and a female answered the door (Individual A). Individual A. Individual A accepted all three Subject Parcels. During the undercover delivery, there was also a male at the destination address ("Individual B").

7. Individual B stated that he knew the parcels were going to contain Crystal Methamphetamine and they were being sent to him by his dealer Chad PRATER. Individual B explained that PRATER lives near Standish, Michigan but was visiting Long Beach, California where the parcels originated. Individual B stated that PRATER planned to retrieve the packages for distribution. On January 21, 2020, at approximately 5:00 p.m., FANG (Flint Area Narcotics Group) officers conducted a controlled delivery of the three Subject Parcels containing fake crystal methamphetamine at the address associated with Individuals A and B in Flint, Michigan. The Subject Parcels were placed in Individual B's vehicle located outside the residence in the driveway. Individuals A and B contacted PRATER and informed him that he could pick up the packages. Individual B advised Prater would be arriving in a white Ford F-150. FANG officers conducted surveillance on the residence. Individuals A and B gave consent to enter the residence if Prater were to bring the parcels inside the residence.

8. At approximately 9:00 p.m., a FANG officer observed the suspect vehicle pull into the driveway and advised it was occupied by a male driver later identified as PRATER and a female passenger. PRATER exited the vehicle and walked up to the residence. After PRATER walked up to the residence, PRATER walked to the vehicle in the driveway containing the Subject Parcels. PRATER grabbed the Subject Parcels and went inside the residence and the female passenger followed him into the residence and shut the door. A short time after, FANG officers made entry at the front door to the residence giving loud verbal commands. Officers arrested Chad Austen PRATER inside the residence. PRATER had approximately $3900 on his person at the time of his arrest.

9. I later became aware through additional information that the same individual who sent the three packages to the residence associated with Individuals A and B, also sent five total additional packages of similar weights to PRATER's address that he shares with his mother and PRATER's father's address. While none of those packages were recovered, I believe that PRATER picked up those packages from those residences and I believe that they likely contained methamphetamine as well.

10. In my experience, the amount of methamphetamine that PRATER sent to Michigan and attempted to obtain that was recovered---well over one

5

kilogram---is worth thousands of dollars and consistent with an intent to distribute rather than personal use.

11. Based upon the foregoing, there is probable cause to believe CHAD AUSTEN PRATER has knowingly violated Title 21, United States Code, Sections 841(a), 841(b)(1)(A)(viii), and 846, attempt to possess with intent to distribute 500 grams or more of methamphetamine, as well as conspiracy to possess with intent to distribute and distribute 500 grams or more of methamphetamine. . Accordingly, this Affiant respectfully request that this Court issue a complaint and arrest warrant.

*Stefon Wilson*
Stefon Wilson
United States Postal Inspector

Subscribed and sworn to before me on January 23, 2020.

*Michael J. Hluchaniuk*
Michael Hluchaniuk
United States Magistrate Judge

6